# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **R. ALEXANDER ACOSTA** | ) | CASE NO.  18-CV-1183 |
| Secretary of Labor, | ) | |
| U.S. Department of Labor, | ) | |
| | ) | **JUDGE JANET T. NEFF** |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **AWP'S MOTION FOR EXTENSION OF** |
| **AWP, INC.,** | ) | **TIME TO ANSWER OR OTHERWISE** |
| | ) | **FILE A RESPONSIVE PLEADING** |
| **Defendant.** | ) | |

Defendant AWP, Inc. ("AWP") respectfully requests an extension of time in which to answer, plead, or otherwise move in response to the Complaint filed by the Secretary for the U.S. Department of Labor.

In support of this request, AWP states that it has contemporaneously filed a Request for Pre-Motion Conference to secure leave to file a Motion to Dismiss the Complaint. As a corollary to that Request, and pursuant to Section IV(A) of the Information and Guidelines for Civil Practice before the Honorable Janet T. Neff, AWP also respectfully requests an extension of time in which to file its Motion to Dismiss or otherwise to respond to the Complaint in a manner directed by the Court. This extension is requested until such time as the Court directs at the Pre-Motion Conference or otherwise.

                                              MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                                        By:   */s/ Joseph M. Infante*
                                                  Joseph M. Infante (P68719)
                                                  Attorneys for Defendant
                                                  99 Monroe Avenue, Suite 1200
                                                  Grand Rapids, MI 49503

Dated:  December 17, 2018

00606024-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

      MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: */s/ Joseph M. Infante*
      Joseph M. Infante (P68719)
      Attorneys for Defendant
      99 Monroe Avenue, Suite 1200
      Grand Rapids, MI 49503

Dated: December 17, 2018
32619293.3\158156-00001